No. 86–5701.  GRIFFIN v. MARTIN, WARDEN, ET AL., 480 U. S. 919;

No. 86–5953.  SCOTT v. OHIO, 480 U. S. 923;

No. 86–6147.  RUSSELL v. GARRAGHTY, WARDEN, ET AL., 479 U. S. 1100;

No. 86–6206.  MAHDAVI v. SHIRANI, 480 U. S. 921;

No. 86–6256.  HENRY v. MERIT SYSTEMS PROTECTION BOARD, 480 U. S. 922;

No. 86–6268.  STARKES v. LYNAUGH, INTERIM DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, 480 U. S. 937;

No. 86–6341.  HILL v. LYNAUGH, INTERIM DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, 480 U. S. 939; and

No. 86–6345.  MONTGOMERY v. INTERNAL REVENUE SERVICE, 480 U. S. 939.  Petitions for rehearing denied.

## MAY 4, 1987

No. 86–1297.  BACKLUND v. BOARD OF COMMISSIONERS OF KING COUNTY HOSPITAL DISTRICT NO. 2.  Appeal from Sup. Ct. Wash. dismissed for want of substantial federal question.  ■

No. 86–1342.  LAVALLE ET AL. v. CANARY ET AL.; and LACK ET AL. v. CANARY ET AL.  Appeals from App. Div., Sup. Ct. N. Y., 2d Jud. Dept., dismissed for want of substantial federal question.  Reported below: 123 App. Div. 2d 730, 507 N. Y. S. 2d 412 (first case); 123 App. Div. 2d 729, 507 N. Y. S. 2d 606 (second case).

No. 86–1457.  BANKERS TRUST NEW YORK CORP. ET AL. v. DEPARTMENT OF FINANCE OF THE CITY OF NEW YORK ET AL. Appeal from App. Div., Sup. Ct. N. Y., 1st Jud. Dept., dismissed for want of properly presented federal question.  ■

No. 85–1292.  M. C. C. OF FLORIDA, INC., ET AL. v. UNITED STATES ET AL.  C. A. 11th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Tull* v. *United States, ante,* p. 412.  ■

No. 86–6263.  PETTY v. UNITED STATES.  C. A. 8th Cir. Certiorari granted limited to Question i presented by the petition,